# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JOHNSON, | NO. ED CV 17-448-E |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with this Court's Memorandum Opinion and Order of Remand.


   DATED: October 16, 2017.


                                    /s/
                          _____
                          CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE